**Larry Dale TROUTMAN, Appellant,**

**v.**

**Laura Mae TROUTMAN, Respondent.**

**WD 78778**

Missouri Court of Appeals,
Western District.

Filed: August 30, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
November 1, 2016

Application for Transfer Denied
December 20, 2016

William P. Nacy, Jefferson City, MO, for appellant

Carla G. Holste, Jefferson City, MO, for respondent

Before Division Four: Alok Ahuja, P.J., and Thomas H. Newton and Anthony Rex Gabbert, JJ.

## ORDER

PER CURIAM:

The marriage of Appellant Larry Dale Troutman ("Husband") and Respondent Laura Mae Troutman ("Wife") was dissolved in April 2000. Wife filed a motion for contempt in June 2014, alleging that Husband had failed to comply with provisions of a Qualified Domestic Relations Order ("QDRO") concerning the division of military retirement benefits Husband earned during the marriage. The circuit court found Husband in contempt, and awarded Wife relief to compensate her for Husband's contempt. Husband appeals. We affirm. Because a published opinion would have no precedential value, we have provided the parties an unpublished memorandum setting forth the reasons for this order. Rule 84.16(b).